1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
8                IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )  CASE NO.:  1:13-CR-00188-LJO-SKO
                                        )
11                                      )
                  Plaintiff,            )
12                                      )  **STIPULATION AND PROTECTIVE ORDER**
                                        )  **BETWEEN THE UNITED STATES AND**
13          v.                          )  **DEFENDANT SANTIAGO PALACIOS-**
                                        )  **HERNANDEZ**
14                                      )
    SANTIAGO PALACIOS-HERNANDEZ,        )
15   et al.,                            )
                                        )
16                Defendants.           )

17

18      WHEREAS, the discovery in this case is expected to contain a large
19  amount of proprietary, personal and confidential information including,
20  but not limited to, Social Security numbers, dates of birth, telephone
21  numbers, and residential addresses ("Protected Information"); and
22      WHEREAS, the parties desire to avoid both the necessity of large
23  scale redactions and the unauthorized disclosure or dissemination of
24  this information to anyone not a party to the court proceedings in this
25  matter;
26      The parties agree that entry of a stipulated protective order is
27  appropriate.
28      THEREFORE, Defendant SANTIAGO PALACIOS-HERNANDEZ, by and through

his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Christopher D. Baker, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and

will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: June 25, 2013                  BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Christopher D. Baker
                                               CHRISTOPHER D. BAKER
                                               Assistant U.S. Attorney

DATED: June 25, 2013            By: /s/ Katherine Louise Hart
                                               KATHERINE LOUISE HART
                                               Attorney for Defendant
                                               SANTIAGO PALACIOS-HERNANDEZ

IT IS SO ORDERED.

**Dated:   June 25, 2013**            /s/ **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE